# REDACTED

JS 45 (11/2002)
**Criminal Case Cover Sheet**                                                                                     **U.S. District Court**

| Place of Offense: | | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|---|
| City: EDVA | Superseding Indictment: | | Criminal Number: 2:24cr 76 |
| County/Parish: | Same Defendant: | | New Defendant: Yes |
| | Magistrate Judge Case Number: | | Arraignment Date: |
| | Search Warrant Case Number: | | |
| | R 20/R 40 from District of _____ . | | |

**Defendant Information:**

| Juvenile: Yes ☐ No ☒ | FBI# D68HK5D59 / VA ID# VA2702322K |
|---|---|
| Defendant Name: Justin Alan Whichard | Alias Name(s): |
| Address: Virginia Beach, VA | |
| Birth Date: /2000 | SSN: -5798 | Sex: M | Race: White | Nationality: USA | Place of Birth: Virginia |
| Height: 5' 7" | Weight: 160 lbs | Hair: Brown | Eyes: Blue | Scars/Tattoos: None Known |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: English |

**Location Status:**

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of: _____ in: _____ . | | |
| ☒ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

**Defense Counsel Information:**

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| Fax: | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| Email: | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

**U.S. Attorney Information:**

| AUSA: Clayton D. LaForge | Telephone No. 757-441-6331 | Bar #: 84075 |

**Complainant Agency, Address & Phone Number or Person & Title:**

Special Agent Jason Wood, Special Agent Kevin M. Hand, HSI

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2251(a) | Production of Images of Minors Engaging in Sexually Explicit Conduct | 1-2 | Felony |
| Set 2 | 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor | 3-4 | Felony |
| Set 3 | 18 U.S.C. § 2252(a)(2) | Receipt of Images of a Minor Engaging in Sexually Explicit Conduct | 5-6 | Felony |
| Set 4 | 18 U.S.C. § 2252(a)(1) | Transportation of Images of Minors Engaging in Sexually Explicit Conduct | 7 | Felony |
| Set 5 | 18 U.S.C. § 2252(a)(4)(B) | Possession of Images of Minors Engaging in Sexually Explicit Conduct | 8-9 | Felony |
| Set 6 | 18 U.S.C. § 2261A(2) | Stalking, Intimidating, and Harassing | 10-11 | Felony |
| Set 7 | 18 U.S.C. § 875(d) | Extorting Communications | 12-13 | Felony |
| Set 8 | 18 U.S.C. § 922(o) | Illegal Possession of a Machine Gun | 14 | Felony |
| Set 9 | 18 U.S.C. §§ 545 and 2 | Smuggling Goods into the United States | 15 | Felony |
| Set 10 | 18 U.S.C. §§ 545, 924(d)(1), 981(a)(1)C), 982(a)(2)(B), 2253, 2428; 28 U.S.C. § 2461(c) | Forfeiture | | |