My name is Tammy Warner. I'm Justins aunt.

My heart hurts to see where Justins life is today. I know Justin as a kind, loving person. He was so involved in church & school as a young boy. He was in the Boy Scouts & loved the outdoors.

Especially camping. Which he did often w/ his grandmother.

He was always so loving to his mom & all his family.

He also has a natural talent for art. I treasure the drawings he has done for me.

I pray Justins sentencing is not to harsh & he can 1 day go back to his loving christian life.