I am Justin's grandmother. He has spoken many times of his isolation of sliding into drugs, screen addiction and the web. He needed help and is open to all interventions. He knows running is not the answer but facing reality and taking responsibility . I have faith in Justin taking responsibility and adhering to rehabilitation and contributing to society and once again united with our family.

Justin grew up loving the outdoors hiking, fishing, biking and camping. He is talented with drawing with just a pencil or a palette of colors. He is a avid reader.

Justin was always helpful and supportive of his mother, brother and sister. He helped me tremendously when I fell in the backyard and was seVery hurt.

He called 911 and stayed calm. I had three surgeries on my left leg and he was always there to help.

He was always excited to see and spend time with his great-grandparents. He and my father were close. His passing in 2011 was extremely difficult, along with his own father not being available.

Addiction runs in both sides of his family therefore creating inconsistencies in his childhood. I know he now realizes addiction is not just alcohol but a combination of dependence on something other than current reality. This choice takes you down a dark rabbit hole. He is seeing a light in the future with the help and trade training he will receive.

I pray daily for his continue reflection and growing into the man I know he is.